## Habecker's Estate (No. 2).

OPINION BY RICE, P. J., July 20, 1910:

It is agreed by counsel that this case is in all respects parallel to the appeal in the Estate of Mary Habecker, deceased, ante, p. 86, in which we herewith file an opinion. For the reasons there given, the decree is affirmed at the costs of the appellant.